<u>**UNPUBLISHED**</u>

**UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT**

———————

**No. 02-1762**

———————

GEORGIA ANNE SNYDER-FALKINHAM,

Plaintiff - Appellant,

versus

BRUCE C. STOCKBURGER; GENTRY, LOCKE, RAKES &
MOORE, a Virginia General Partnership, and its
individual partners; S.D. ROBERTS MOORE;
WILLIAM R. RAKES; JAMES R. AUSTIN; CHARLES L.
WILLIAMS, JR.; EUGENE E. DERRYBERRY; WILLIAM
J. CREECH, JR.; JAMES C. JOYCE, JR.; LINDA
DAVIS FRITH; W. DAVID PAXTON; W. WILLIAM GUST;
GUY M. HARBERT, III; DAVID G. WEAVER; FRANK B.
MILLER, III; SANDS, ANDERSON, MARKS AND
MILLER, P.C., a Virginia Professional
Corporation; WHARTON, ALDHIZER & WEAVER, a
Virginia Professional Limited Liability
Corporation; CHARLOTTE M. HODGES, Executor of
the Estate of Ronald M. Hodges, deceased,

Defendants - Appellees,

and

RONALD D. HODGES,

Defendant.

In Re: JOSEPH L. ANTHONY,

                                               Appellant.

GEORGIA ANN SNYDER-FALKINHAM,

                                               Plaintiff,

        versus

BRUCE C. STOCKBURGER; GENTRY, LOCKE, RAKES & MOORE, a Virginia General Partnership, and its individual partners; S.D. ROBERTS MOORE; WILLIAM R. RAKES; JAMES R. AUSTIN; CHARLES L. WILLIAMS, JR.; EUGENE E. DERRYBERRY; WILLIAM J. CREECH, JR.; JAMES C. JOYCE, JR.; LINDA DAVIS FRITH; W. DAVID PAXTON; W. WILLIAM GUST; GUY M. HARBERT, III; DAVID G. WEAVER; FRANK B. MILLER, III; SANDS, ANDERSON, MARKS AND MILLER, P.C., a Virginia Professional Corporation; WHARTON, ALDHIZER & WEAVER, a Virginia Professional Limited Liability Corporation; CHARLOTTE M. HODGES, Executor of the Estate of Ronald M. Hodges, deceased,

                          Defendants - Appellees,

        and

RONALD D. HODGES,

                                             Defendant.

Appeals from the United States District Court for the Western District of Virginia, at Roanoke. Samuel G. Wilson, Chief District Judge; William L. Osteen, District Judge, sitting by designation. (CA-96-83-7-R)

Submitted:  November 27, 2002          Decided:  December 18, 2002

Before MICHAEL, MOTZ, and TRAXLER, Circuit Judges.

Affirmed by unpublished per curiam opinion.

Georgia Anne Snyder-Falkinham, Joseph L. Anthony, Appellants Pro Se.  William W. Eskridge, PENN, STUART & ESKRIDGE, Abingdon, Virginia; J. Jonathan Schraub, McLean, Virginia; John Dickens Eure, James Ferrell Johnson, JOHNSON, AYERS & MATTHEWS, Roanoke, Virginia, for Appellees.

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

Georgia Anne Snyder-Falkinham and Joseph L. Anthony appeal the district court's order dismissing Snyder-Falkinham's 42 U.S.C. § 1983 (2000) complaint, and the orders imposing sanctions and costs to the Defendants.* We have reviewed the record and the district court's opinions and orders and find no reversible error. We have reviewed the delay in entering orders imposing sanctions and costs, and although we find the delay lengthy and unexplained, we can ascertain no harm. Accordingly, we affirm on the reasoning of the district court. See Snyder-Falkinham v. Stockburger, No. CA-96-83-7-R (W.D. Va. filed Jun. 7, 2002, entered Jun. 10, 2002; filed Aug. 29, 1996, entered Aug. 30, 1996). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED

---

* To the extent that Anthony seeks to appeal the judgment in the § 1983 action, or the district court's factual findings underlying that judgment, he lacks standing to do so because he was not a party to the § 1983 action.